CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 26 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT LAMONT WOODHOUSE<br>　　　Plaintiff, | Civil Action No. 7:17-CV-00129 |
| v. | |
| UNIT MANAGER DUNCAN, et al.,<br>*in their individual and official capacities*,<br>　　　Defendants. | By: Hon. Michael F. Urbanski<br>Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for preliminary injunction (ECF No. 9) is **DENIED**, the report and recommendation (ECF No. 42) is **ADOPTED in its entirety**, and plaintiff's objections to the report (ECF No. 46) are **OVERRULED**.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order and the Memorandum Opinion to the pro se plaintiff and to counsel of record.

Entered: 12/22/2017

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge