CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT LAMONT WOODHOUSE,<br>    Plaintiff, | Civil Action No. 7:17-cv-00129 |
| v. | **FINAL ORDER** |
| DUNCAN, et al.,<br>    Defendants. | By: Hon. Michael F. Urbanski<br>      Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's objections are **OVERRULED**; the report and recommendation is **ADOPTED**;

Defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket.

ENTER: This 27 day of March, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge